UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARILYN J. JANSEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17CV00003SNLJ |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | ) |
| Defendant. | ) |

## MOTION TO DISMISS WITH PREJUDICE

COME NOW, Plaintiff Marilyn J. Jansen and Defendant United States Office of Personnel Management, by and through their respective attorneys, and hereby stipulate to the dismissal with prejudice of Plaintiff's claim against United States Office of Personnel Management, with all parties to bear their own costs.

Respectfully submitted,

SPENCER FANE, LLP

/s/ John D. Ryan
John D. Ryan  #51944MO
1610 N. Kingshighway, Suite 205
Cape Girardeau, MO 63701
(573) 334-5449
jryan@spencerfane.com

CARRIE COSTANTIN
Acting United States Attorney

/s/ Karin A. Schute
Karin A. Schute  #62019MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
(314) 539-6850
Fax: (314) 539-2287
karin.schute@usdoj.gov
*Attorneys for Defendant*

SO ORDERED this 24th day of July, 2017. _____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2017, the foregoing was sent to all counsel of record via the Court's electronic filing system.

/s/ John D. Ryan
John D. Ryan